IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN L. DYE, JR.,

            Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                 13-cv-284-bbc

BYRAN BARTOW, MARY KLEMZ,
CATHY A. JESS, LARRY JENKINS,
ROBERT HUMPHREYS, GAANAN,
BARBARA WAEDEKIN, THERESA
BARWELL, THOMAS MICHLOWSKI,
STEVE SPANBAUSE, MARY VANDE
SLUNT,  CHARLES FACKTOR, CINDY
O'DONNELL,  EDWARD F. WALL and
LOYDA LORIA,

            Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff John L. Dye, Jr. leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

     /s/                                               7/15/2013
Peter Oppeneer, Clerk of Court                Date