IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DYE,

        Plaintiff,

v.

BRYAN BARTOW, MARY KLEMZ,
CATHY A. JESS, LARRY JENKINS,
ROBERT HUMPHREYS, CARLO GAANAN,
BARBARA WAEDEKIN, THERESA BARWELL,
THOMAS MICHLOWSKI, STEVE SPANBAUER,
MARY VANDE SLUNT, CHARLES FACKTOR,
CINDY O'DONNELL, JON E. LITSCHER and
LOYDA LORIA,

        Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-284-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff John Dye leave to proceed and dismissing his claims against Brian Bartow, Cathy A. Jess, Larry Jenkins, Robert Humphreys, Barbara Waedekin, Theresa Barwell, Mary Vande Slunt, Charles Facktor, Cindy O'Donnell;

(2) dismissing plaintiff's claims against Loyda Loria and Steve Spanbauer, and;

(3) granting defendants Mary Klemz, Carlo Gaanan, Thomas Michlowski and Jon E. Litscher's motion for summary judgment and dismissing this case.

| /s/ | 1/22/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |