DOC NO
REC'D/FILED
2018 Feb 1 AM 10: 01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Mr. John L. Dye Jr.

-vs-

Byran Bartow, ET AL.

**NOTICE OF APPEAL**

Case No. 13-CV-284-jdp

**TO:** CLERK OF DISTRICT COURT
District Court Clerk
United States District Court
Western District Of Wisconsin
Post Office Box 591

JOHN L. DYE JR. #207379
Waupun Correctional Institution
Post Office Box 351
Waupun, Wisconsin 53963-0351

Notice is hereby given that JOHN L. DYE JR., appeals to the Court Of Appeals, District ____ from the (FINAL) decision entered on 01/22/2018, in the District Court for Dane County, the Honorable James D. Peterson presiding, case number 13CV284 from a judgment in favor of the defendant(s); and against the plaintiff; wherein the court: Granted Defendants Summary Judgment, denying Plaintiff leave To proceed & dismissed This Case.

This (is) (is not) an appeal within sec. 752.31(2), Stats

This (is) (is not) an appeal to be given preference in the District Court or Court Of Appeals pursuant to Statute.

Dated this 28, day of January 2018.

JOHN L. DYE JR. #207379

_Mr. John L. Dye Jr._

**cc.** Clerk Of Court Of Appeals
For The Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604